In the Matter of the Application of ANTONIO DE FALCO, Respondent, against WILLIAM E. WALSH and Others, etc., Defendants. JOSEPH ZORN, Intervening

---

* Statute reads " to."— [REP.

Defendant, Appellant.*— Motion for leave to appeal to the Court of Appeals denied. Motion for reargument denied. It should be understood that the affirmance is intended to be without prejudice to an application to the board of standards and appeals for a variance if so advised. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.